

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

PACA TRUST CREDITORS OF WORLDWIDE
*ex rel* WORLDWIDE PRODUCE &
GROCERIES, INC., et al,

    Plaintiffs

vs.            Case No. 12-cv-24288

HARBOUR LOBSTER AND FISH CO., LTD.
d/b/a BUTLER'S SPECIALTY FOOD, et al.

    Defendants  /

## MOTION FOR ISSUANCE OF WRIT OF GARNISHMENT

SIR/MADAM CLERK:

  A final judgment was entered against Harbour Lobster and Fish Co., Ltd. d/b/a Butler's Specialty Food and Butler's Food World in the above entitled action on May 30, 2014. No supersedeas bond has been posted nor is there in effect at this time any stay of execution of or proceeding to enforce the judgment. Plaintiffs are presently due and owing an aggregate amount of $181,363.08. Plaintiff, Worldwide Produce & Groceries, Inc. is owed the total amount of $76,994.93. Plaintiff, Freshpoint South Florida, Inc. is owed the total amount of $104,368.15.

Please issue a Writ of Garnishment of Property to:

  Wells Fargo Bank, N.A.
  1710 South Andrews Avenue
  Fort Lauderdale, FL 33316

Dated this 17th day of July, 2014.

           FURR AND COHEN, P.A.
           Attorney for Plaintiff
           2255 Glades Road, Suite 337W
           Boca Raton, FL 33431
           (561) 395-0500/(561)338-7532-fax

           By _____

MARC P. BARMAT
Florida Bar No. 0022365
email: mbarmat@furrcohen.com