

FILED by _____ D.C.

**JUL 17 2014**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. W.P.B.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

PACA TRUST CREDITORS OF WORLDWIDE
*ex rel* WORLDWIDE PRODUCE &
GROCERIES, INC., et al,

Plaintiffs

vs.                                                        Case No. 12-cv-24288

HARBOUR LOBSTER AND FISH CO., LTD.
d/b/a BUTLER'S SPECIALTY FOOD
and BUTLER'S FOOD WORLD, and
JEFFREY B. BUTLER, SR., individually.

Defendants
_____/

## WRIT OF GARNISHMENT

**WRIT ISSUED AS TO
JUDGMENT DEBTORS:**

Harbour Lobster and Fish Co., Ltd. d/b/a                Amount of Judgment Owed:
      Butler's Specialty Food and                     $181,363.08
Butler's Food World
757 SE 17th Street, Suite 1004
Fort Lauderdale, FL 33316-2960

Jeffrey B. Butler, Sr.
757 SE 17th Street, Suite 1004
Fort Lauderdale, FL 33316-2960

**NOTICE TO JUDGMENT DEBTOR
AND GARNISHEE:**
Federal and State Exemptions
may be available to you -
**see below.**

TO GARNISHEE:
Wells Fargo Bank, N.A.
1710 South Andrews Avenue
Fort Lauderdale, FL 33316

## WRIT OF GARNISHMENT

You are hereby directed to hold the property of the judgment debtors named above subject to further proceedings in this Court. **YOU MUST FILE A WRITTEN ANSWER**, in the Office of the Clerk, U.S. District Court, 400 North Miami Ave., Miami, Florida 33128, within 30 days after service of this Writ on you and serve said Answer on the attorneys for plaintiffs, Marc P. Barmat, Furr and Cohen, P.A., 2255 Glades Road, Suite 337W, Boca Raton, FL 33431, Attorneys for Plaintiff. Failure to do so may result in judgment by default being entered against you, the garnishee.

**(NOTE:** The answer shall admit or deny that the garnishee is indebted to the judgment debtor or has possession of property of the judgment debtor and shall specify the amount and nature of any debt and describe any property. The garnishee may assert any defense that the garnishee may have to the garnishment, as well as any defense that the judgment debtor could assert. After answering, the garnishee may pay any garnished indebtedness into court and may deliver to the U.S. Marshal any garnished property, which shall then be treated as if levied upon by the U.S. Marshal.)

## TO THE JUDGMENT DEBTOR:

You are hereby notified that you may file in the Office of the Clerk of this Court, within 30 days after service of the Writ of Garnishment on the garnishee, a motion electing to exempt from the garnishment selected items of property or cash not exceeding a total cumulative value of $3,000.00. In addition, you have the right under Florida or Federal law to claim an exemption of certain property or money including: (1) A portion of earnings (Wage Income); (2) Welfare payments; (3) Social Security Disability Benefits and Supplemental Security Income Benefits; (4) Retirement Income (Public/Private); (5) Alimony and Child Support; (6) Unemployment and Workmen's Compensation; (7) Disability and Health Insurance payments; (8) Annuities; (9) Life Insurance; (10) Household Goods, Work Tools, etc. You also have a right to file a motion for release of the garnished property before entry of judgment. All motions must be filed in the Office of the Clerk, U.S. District Court, 400 North Miami Ave., Miami, Florida 33128, and must state the basis upon which the release of garnished property is sought. The motion should also be served on counsel for Plaintiff, Marc P. Barmat, Furr and Cohen, P.A., 2255 Glades Road, Suite 337W, Boca Raton, FL 33431. If a hearing is desired, it should be requested in the motion.

**WITNESS** the Honorable Chief Judge of the United States District Court for the Southern District of Florida.

Date Issued: **JUL 1 7 2014**

**Steven M. Larimore**

CLERK

DEPUTY CLERK

## ADDRESSES OF JUDGMENT DEBTORS:

Harbour Lobster and Fish Co., Ltd. d/b/a
Butler's Specialty Food and

Butler's Food World
757 SE 17th Street, Suite 1004

Fort Lauderdale, FL 33316-2960

Jeffrey B. Butler, Sr.

757 SE 17th Street, Suite 1004
Fort Lauderdale, FL 33316-2960