# VERIFIED RETURN OF SERVICE

Court

County of Southern

State of Florida

Case Number: 12-CV-24288-COOKE/TURNOFF

Plaintiff:
PACA TRUST CREDITORS OF WORLDWIDE ex rel WORLDWIDE PRODUCE & GROCERIES, INC.

vs.

Defendant:
HARBOUR LOBSTER AND FISH CO., LTD., d/b/a BUTLER SPECIALTY FOOD, et al

For:
Marc Barmat
Furr and Cohen, PA

Received by Attaway & Associates, LLC on the 10th day of July, 2014 at 2:34 pm to be served on WELLS FARGO BANK N.A., 1710 SOUTH ANDREWS AVENUE, FORT LUADERDALE, FL 33316.

I, C. David Attaway, do hereby affirm that on the 17th day of July, 2014 at 4:22 pm, I:

served a **CORPORATION** by delivering a true copy of the **WRIT OF GARNISHMENT** with the date and hour of service endorsed thereon by me, to: **MICHELE DAVIS** as **AUTHORIZED / BANK OFFICER** for **WELLS FARGO BANK N.A.**, at the address of: **5849 OKEECHOBEE BLVD., WEST PALM BEACH, FL 33417**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: WHITE, Height: 5'4, Weight: 160, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served, and have proper authority in the jurisdiction in which the service was made. Under penalties of purjury, I declare that I have read the foregoing document and that the facts stated in it are true and correct. Notary not required pursuant to Florida Statute 92.525.

C. David Attaway
PS- 1403

Attaway & Associates, LLC
1128 Royal Palm Beach Blvd.,
Suite #221
Royal Palm Beach, FL 33411
(561) 795-7656
Our Job Serial Number: DKA-2014000681

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n