IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

PACA TRUST CREDITORS OF WORLDWIDE
*ex rel* WORLDWIDE PRODUCE &
GROCERIES, INC., et al,

        Plaintiffs

vs.

Case No. 12-cv-24288

HARBOUR LOBSTER AND FISH CO., LTD.
d/b/a BUTLER'S SPECIALTY FOOD, et al.

        Defendants     /

FILED BY _____ D.C.
APR 2 3 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## REQUEST FOR ISSUANCE OF WRIT OF GARNISHMENT

SIR/MADAM CLERK:

A final judgment was entered against Harbour Lobster and Fish Co., Ltd. d/b/a Butler's Specialty Food and Butler's Food World in the above entitled action on May 30, 2014. No supersedeas bond has been posted nor is there in effect at this time any stay of execution of or proceeding to enforce the judgment. Plaintiffs are presently due and owing an aggregate amount of $181,363.08. Please issue a Writ of Garnishment of Property in the form attached as Exhibit "A" to:

    Wells Fargo Bank, N.A.
    1710 South Andrews Avenue
    Fort Lauderdale, FL 33316

Dated this 22nd day of April, 2015.

        FURR AND COHEN, P.A.
        Attorney for Plaintiff
        2255 Glades Road, Suite 337W
        Boca Raton, FL 33431
        (561) 395-0500/(561)338-7532-fax

        By /s/ Marc P. Barmat
          MARC P. BARMAT
          Florida Bar No. 0022365
          email: mbarmat@furrcohen.com