IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

PACA TRUST CREDITORS OF WORLDWIDE
*ex rel* WORLDWIDE PRODUCE &
GROCERIES, INC., et al,

    Plaintiffs

vs.    Case No. 12-cv-24288

HARBOUR LOBSTER AND FISH CO., LTD.
d/b/a BUTLER'S SPECIALTY FOOD
and BUTLER'S FOOD WORLD, and
JEFFREY B. BUTLER, SR., individually.

    Defendants
_____/

FILED BY _____ D.C.
APR 2 3 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## WRIT OF GARNISHMENT OF PROPERTY

**WRIT ISSUED AS TO**
**JUDGMENT DEBTORS:**

Harbour Lobster and Fish Co., Ltd. d/b/a
Butler's Specialty Food and
Butler's Food World
757 SE 17th Street, Suite 1004
Fort Lauderdale, FL 33316-2960

Jeffrey B. Butler, Sr.
757 SE 17th Street, Suite 1004
Fort Lauderdale, FL 33316-2960

Amount of Judgment Owed:
$181,363.08

**NOTICE TO JUDGMENT DEBTOR**
**AND GARNISHEE:**
Federal and State Exemptions
may be available to you -
**see below.**

TO GARNISHEE:
Wells Fargo Bank, N.A.
1710 South Andrews Avenue
Fort Lauderdale, FL 33316

Exhibit A

You are hereby directed to hold the property of the judgment debtors named above subject to further proceedings in this Court. **YOU MUST FILE A WRITTEN ANSWER**, in the Office of the Clerk, U.S. District Court, 400 North Miami Ave., Miami, Florida 33128, within 20 days after service of this Writ on you and serve said Answer on the attorneys for plaintiffs, Marc P. Barmat, Furr and Cohen, P.A., 2255 Glades Road, Suite 337W, Boca Raton, FL 33431, Attorneys for Plaintiff. Failure to do so may result in judgment by default being entered against you, the garnishee.

(NOTE: The answer shall admit or deny that the garnishee is indebted to the judgment debtor or has possession of property of the judgment debtor and shall specify the amount and nature of any debt and describe any property. The garnishee may assert any defense that the garnishee may have to the garnishment, as well as any defense that the judgment debtor could assert. After answering, the garnishee may pay any garnished indebtedness into court and may deliver to the U.S. Marshal any garnished property, which shall then be treated as if levied upon by the U.S. Marshal.)

**WITNESS** the Honorable Chief Judge of the United States District Court for the Southern District of Florida.

Date Issued: 4/23/15

**Steven M. Larimore**

CLERK

DEPUTY CLERK

**ADDRESSES OF JUDGMENT DEBTORS:**
HARBOUR LOBSTER AND FISH COMPANY, LTD.
757 SE 17th Street
Fort Lauderdale, FL 33316

HARBOUR LOBSTER AND FISH COMPANY, LTD.
PO Box F-40016
Freeport, G.B. Bahamas

JEFFREY B. BUTLER, SR.
757 SE 17th Street
Fort Lauderdale, FL 33316

JEFFREY B. BUTLER, SR.
15 Ringwood Drive
Freeport, Bahamas

HARBOUR LOBSTER AND FISH CO., LTD.
c/o Dorsett Law Chambers
#4 Evergreen Business Center
PO Box F-42616
Freeport, G.B. Bahamas

Exhibit A

## NOTICE TO DEFENDANT OF RIGHT AGAINST GARNISHMENT OF WAGES, MONEY, AND OTHER PROPERTY

The Writ of Garnishment delivered to you with this Notice means that wages, money, and other property belonging to you have been garnished to pay a court judgment against you. HOWEVER, YOU MAY BE ABLE TO KEEP OR RECOVER YOUR WAGES, MONEY, OR PROPERTY. READ THIS NOTICE CAREFULLY.

State and federal laws provide that certain wages, money, and property, even if deposited in a bank, savings and loan, or credit union, may not be taken to pay certain types of court judgments. Such wages, money, and property are exempt from garnishment. The major exemptions are listed below on the form for Claim of Exemption and Request for Hearing. This list does not include all possible exemptions. You should consult a lawyer for specific advice.

IF AN EXEMPTION FROM GARNISHMENT APPLIES TO YOU AND YOU WANT TO KEEP YOUR WAGES, MONEY, AND OTHER PROPERTY FROM BEING GARNISHED, OR TO RECOVER ANYTHING ALREADY TAKEN, YOU MUST COMPLETE A FORM FOR CLAIM OF EXEMPTION AND REQUEST FOR HEARING AS SET FORTH BELOW AND HAVE THE FORM NOTARIZED. IF YOU HAVE A VALID EXEMPTION, YOU MUST FILE THE FORM WITH THE CLERK'S OFFICE WITHIN 20 DAYS AFTER THE DATE YOU RECEIVE THIS NOTICE OR YOU MAY LOSE IMPORTANT RIGHTS. YOU MUST ALSO MAIL OR DELIVER A COPY OF THIS FORM TO THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY AND THE GARNISHEE OR THE GARNISHEE'S ATTORNEY AT THE ADDRESSES LISTED ON THE WRIT OF GARNISHMENT. NOTE THAT THE FORM REQUIRES YOU TO COMPLETE A CERTIFICATION THAT YOU MAILED OR HAND DELIVERED COPIES TO THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY AND THE GARNISHEE OR THE GARNISHEE'S ATTORNEY.

If you request a hearing, it will be held as soon as possible after your request is received by the court. The plaintiff or the plaintiff's attorney must file any objection within 8 business days if you hand delivered to the plaintiff or the plaintiff's attorney a copy of the form for Claim of Exemption and Request for Hearing or, alternatively, 14 business days if you mailed a copy of the form for claim and request to the plaintiff or the plaintiff's attorney. If the plaintiff or the plaintiff's attorney files an objection to your Claim of Exemption and Request for Hearing, the clerk will notify you and the other parties of the time and date of the hearing. You may attend the hearing with or without an attorney. If the plaintiff or the plaintiff's attorney fails to file an objection, no hearing is required, the writ of garnishment will be dissolved and your wages, money, or property will be released.

IF YOU HAVE A VALID EXEMPTION, YOU SHOULD FILE THE FORM FOR CLAIM OF EXEMPTION IMMEDIATELY TO KEEP YOUR WAGES, MONEY, OR PROPERTY FROM BEING APPLIED TO THE COURT JUDGMENT. THE CLERK CANNOT GIVE YOU LEGAL ADVICE. IF YOU NEED LEGAL ASSISTANCE YOU SHOULD SEE A LAWYER. IF YOU CANNOT AFFORD A PRIVATE LAWYER, LEGAL SERVICES MAY BE AVAILABLE. CONTACT YOUR LOCAL BAR ASSOCIATION OR ASK THE CLERK'S OFFICE ABOUT ANY LEGAL SERVICES PROGRAM IN YOUR AREA.

Exhibit A

## CLAIM OF EXEMPTION AND
## REQUEST FOR HEARING

I claim exemptions from garnishment under the following categories as checked:

1. Head of family wages. (Check either a. or b. below, if applicable.)

    a. I provide more than one-half of the support for a child or other dependent and have net earnings of $750 or less per week.

    b. I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750 per week, but have not agreed in writing to have my wages garnished.

2. Social Security benefits.
3. Supplemental Security Income benefits.
4. Public assistance (welfare).
5. Workers' Compensation.
6. Reemployment assistance or unemployment compensation.
7. Veterans' benefits.
8. Retirement or profit-sharing benefits or pension money.
9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.
10. Disability income benefits.
11. Prepaid College Trust Fund or Medical Savings Account.
12. Other exemptions as provided by law.
(explain)

      I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

Address: _____

Telephone number: _____

      I CERTIFY UNDER OATH AND PENALTY OF PERJURY that a copy of this CLAIM OF EXEMPTION AND REQUEST FOR HEARING has been furnished by (circle one)United States mail or hand delivery on_____(Date), to: _____ _____(insert names and addresses of Plaintiff or Plaintiff's attorney and of Garnishee or Garnishee's attorney to whom this document was furnished).

      I FURTHER CERTIFY UNDER OATH AND PENALTY OF PERJURY that the statements made in this request are true to the best of my knowledge and belief.

Exhibit A

Defendant's signature:_____

Date:_____

STATE OF FLORIDA

COUNTY OF

  Sworn and subscribed to before me this ____, day of _____, 201__, by _____ _____.

Notary Public/Deputy Clerk:_____

Personally Known or Produced Identification:_____

Type of Identification Produced:_____

Exhibit A